THE STATE EX REL CHRYSLER CORPORATION, APPELLANT, *v.* INDUSTRIAL COMMISSION OF OHIO; MAJEWSKI, APPELLEE.

[Cite as *State ex rel. Chrysler Corp. v. Indus.
Comm.* (2000), 88 Ohio St.3d 225.]

226

(No. 98–1912—Submitted February 8, 2000—Decided March 22, 2000.)

*Eastman & Smith, Ltd., Thomas J. Gibney* and *Margaret A. Mattimoe,* for appellant.

*Fell, Marcus & Koder Co., L.P.A., George N. Fell II* and *Lisa A. Grego,* for appellee.

The judgment of the court of appeals is affirmed consistent with the opinion of the court of appeals.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.